CECELIA ORLANDO, Respondent, v. VINCENT J. ORLANDO, Appellant.— Judg-

ment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.